# COURT MINUTES/ORDER

## United States Magistrate Judge Detra Shaw-Wilder

**COURTROOM 203D** Date: 9/10/2026 Time: 11:00 AM

Defendant: Lamonica Valrie (J) J#: 92931-512 Case #: 26-MJ-6536-DSW

AUSA: **Alicia Shick** Attorney: **AFPD- Peter Patanzo**

Violation: Wire Fraud / Money Laundering

Proceeding: Initial Appearance/ Rule 5 (c) 3/40 CJA Appt: ____

Bond/PTD Held: ○ Yes ◉ No Recommended Bond: ____

Bond Set at: $100,000 PSB Co-signed by: ____

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol/drugs
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [x] No contact with victims/witnesses/ (list provided)
- [x] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [x] **Home Detention/Electronic Monitoring** and/determined by pts Curfew ____ pm to ____ am, paid by Defendant
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: SDFL and D/SC (for court)
- [x] Other: Must reside at address given on the record

Language: English

**Disposition:**

Defendant present; advised of rights and charges. Government's Ore Tenus motion to unseal case – Granted. Defendant sworn, given colloquy and the Court finds Defendant does not qualify for court appointed counsel. The Court appointed AFPD for the purpose of the Removal Hearing as a friend of the Court. Joint Ore Tenus motion for bond – Granted. The Court accepts the $100,000 PSB and the special conditions. Defendant waives removal and identity hearing. See waiver. Order of Removal signed. The Defendant shall report to all further proceedings in the District of South Carolina.

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report Re: Counsel: | | | | |
| PTD/Removal: | | | | |
| Prelim/Arraignment: | | | | |
| Extradition hearing: | | | | |

D.A.R. 11:03:30 Time in Court: 45 minutes

**CHECK IF APPLICABLE: __For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..**