# UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

Our Case No: **26-MJ-6536-DSW**
Your Case No: **3:26-749**

**UNITED STATES OF AMERICA**

**vs**

**WAIVER OF REMOVAL/IDENTITY HEARING**

**Lamonica Valrie**

**I** , Lamonica Valrie charged in a proceeding on a Conspiracy to Possess with intent to distribute Controlled Substances **filed in the District of South Carolina in Violation of 18:U.S.C.§ 1343, 1957 and** having been arrested in the **Southern District of Florida** (**Fort Lauderdale**) and taken before **United States Magistrate Judge Detra Shaw-Wilder** for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a removal hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned Magistrate Judge and consent to the issuance of a Warrant for my Removal to the **District of South Carolina** where the aforesaid charge is pending against me.

**Monday September 15, 2026**

Signature of defendant

**Detra Shaw-Wilder**
**United States Magistrate Judge**

cc: All Counsel