UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-6536-MJ-SHAW-WILDER

UNITED STATES OF AMERICA

vs

ORDER OF REMOVAL

LAMONICA VALRIE

It appearing that in the **District of South Carolina an Indictment** was filed against the above-named defendant, that the defendant was arrested in the Southern District of Florida and was given a hearing before a **United States Magistrate Judge at Fort Lauderdale, Florida**, which official committed the defendant for removal to the **District of South Carolina.**

it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge for removal and posted bail in the amount of **$** 100,000 PSB **Personal/Cash OR Corporate Surety Bond** which was approved by the United States Magistrate Judge, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bail bond furnished by the defendant, and it is further

ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

DONE AND ORDERED at Fort Lauderdale, Florida this 15th day of September, 2026.

DETRA SHAW-WILDER
UNITED STATES MAGISTRATE JUDGE

cc: Financial